# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JEFFREY A. BAILEY  
160 N. GREENFIELD AVENUE  
CRYSTAL LAKE, IL 60014  

SSN-xxx-xx-3411

Case Number: 06-72114

Case filed on: 11/11/2006  
Plan Confirmed on: 3/28/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $21,984.36       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BOHLMAN LAW OFFICES, P.C. | 2,526.00 | 2,526.00 | 2,526.00 | 0.00 |
|  | Total Legal | 2,526.00 | 2,526.00 | 2,526.00 | 0.00 |
| 004 | IRS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JEFFREY A. BAILEY | 0.00 | 0.00 | 1,918.90 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,918.90 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 14,012.98 | 14,012.98 | 5,808.44 | 0.00 |
| 002 | LAND MARK SERVICING LLC | 8,792.15 | 8,792.15 | 3,644.38 | 0.00 |
| 003 | VW CREDIT INC | 17,580.95 | 6,064.26 | 6,064.26 | 775.04 |
|  | Total Secured | 40,386.08 | 28,869.39 | 15,517.08 | 775.04 |
| 003 | VW CREDIT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN EXPRESS CENTURION BANK | 1,000.00 | 630.00 | 0.00 | 0.00 |
| 006 | B-REAL LLC | 17,582.05 | 11,076.69 | 0.00 | 0.00 |
| 007 | LVNV FUNDING LLC | 17,969.03 | 11,320.49 | 0.00 | 0.00 |
| 008 | HARLEY-DAVIDSON CREDIT | 5,939.48 | 3,741.87 | 0.00 | 0.00 |
| 009 | HLZG / CBUSA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HSBC / CARSN | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FORD MOTOR CREDIT COMPANY | 12,663.25 | 7,977.85 | 0.00 | 0.00 |
| 012 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | WELLS FARGO FINANCIAL | 761.55 | 479.78 | 0.00 | 0.00 |
| 014 | WELLS FARGO FINANCIAL | 732.94 | 461.75 | 0.00 | 0.00 |
| 015 | AMEX | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ATLANTIC CREDIT & FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | JAGUAR CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 56,648.30 | 35,688.43 | 0.00 | 0.00 |
|  | Grand Total: | 99,560.38 | 67,083.82 | 19,961.98 | 775.04 |

Total Paid Claimant:      $20,737.02  
Trustee Allowance:        $1,247.34  
Percent Paid Unsecured:   0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 05/14/2008         By   /s/Heather M. Fagan